UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JARRETT R. JENKINS,

                        Plaintiff,                    JUDGMENT
v.                                                    24-cv-00367-NCM-ST

PORTFOLIO RECOVERY ASSOCIATES LLC,

                        Defendant.
----------------------------------------------------------------X

        An Order to Show Cause of the Honorable Natasha C. Merle, United States District Judge, having been filed on February 29, 2024; directing plaintiff to show cause no later than March 7, 2024 why judgment should not be entered in favor of Defendant, dismissing this case, pursuant to the Order Granting Defendant's Motion for Summary Judgment etc. entered in the United States District Court for the Southern District of California (Houston, J.) on July 5, 2023; and an Order having been filed on March 18, 2024, dismissing this case; directing the Clerk of Court to enter judgment and close this case; it is

        ORDERED and ADJUDGED that this case is dismissed; and that judgment is hereby entered in favor of defendant based on the Judge Houston's Order granting summary judgment at DE#67.

Dated: Brooklyn, New York                                                     Brenna B. Mahoney
         March 19, 2024                                                      Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                             Deputy Clerk